J.M. IRIGOYEN #177626
Attorney at Law
J.M. IRIGOYEN LAW CORPORATION
2131 Amador
Fresno, CA 93721

559.233.3333

Attorney for Defendant
MICHAEL COFFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL COFFEE,<br><br>    Defendant.<br>_____ | Case No: 09 cr 298 OWW<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER**<br><br><br><br><br>Date: August 2, 2010<br>Time: 9:00 a.m.<br>Dept: 3<br>Honorable: Oliver W. Wanger |

\* \* \* \*

It is stipulated and agreed between the parties that the status conference currently set for July 27, 2010, be continued to August 2, 2010, at 9:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set further herein for effective defense preparation and the resolution of pre-trial motions that are pending pursuant to 18 U.S.C. §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161 (h)(8)(B)(I) to and through August 2, 2010.

I hereby agree to the above stipulation.

Dated: 7.26.10

                                   /s/J.M. Irigoyen
                                   J.M. Irigoyen

I hereby consent to the above stipulation.

DATED: 7.26.10

                                   /s/Kimberly Sanchez
                                   Kimberly Sanchez
                                   Assistant U.S. Attorney

## ORDER

It is so ordered. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ §§ 3161(h)(l)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 26, 2010

                                   /s/ OLIVER W. WANGER
                                   United States District Judge