1   J.M. IRIGOYEN #177626
    J.M. IRIGOYEN LAW CORPORATION
2   2131 Amador
    Fresno, CA 93721
3
    (559) 233-3333
4
    Attorney for Defendant
5   MICHAEL COFFEE

6

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  )    Case No: 09-cr-298 OWW
                               )
12        Plaintiff,           )    STIPULATION TO MOVE MOTION
                               )    HEARING TO AFTERNOON SETTING
13        v.                   )    **AND ORDER**
                               )
14  MICHAEL COFFEE,            )
                               )
15        Defendant.           )
    _____)
16                                  *  *  *  *

17
          It is stipulated and agreed between the parties that
18
    the  hearing Defendant's motion to withdraw as attorney of
19
    record in the above matter currently set for Monday,
20
    December 6, 2010, at 9:00 a.m.  be moved to 1:30 p.m. so
21
    defense counsel can be present.
22
          I hereby agree to the above stipulation.
23
    Dated: December 1, 2010
24

25                                  /s/J.M. Irigoyen
                                    J.M. Irigoyen
26

27

28
                                    1

1          I hereby agree to the above stipulation.

2     Dated: December 1, 2010

3                                    s/Yassin Mohammed
                                     Yassin Mohammed
4                                    Assistant U.S. Attorney

5

6                                  **ORDER**

7

8

9

10

11    IT IS SO ORDERED.

12    **Dated:    December 2, 2010**           **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28