BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-CR-00298 AWI |
| | ) | |
| Plaintiff, | ) | AMENDED STIPULATION AND |
| | ) | [PROPOSED] ORDER FOR |
| v. | ) | CONTINUANCE OF TRIAL |
| | ) | |
| MICHAEL COFFEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Forkner, attorney for Michael Coffee, that the trial set for April 3, 2012 be continued to September 5, 2012 at 8:30 a.m. The parties request that a trial confirmation hearing be scheduled for August 20, 2012 at 10:00 a.m. The request is made pursuant to the declaration of counsel for the Government filed under seal. The length of time requested is also made pursuant to discussions between the parties in consideration of defense counsel's availability as he has several trials and preplanned vacations. The parties agree that the Court should order time excludable through and until September 5, 2012, finding that the ends of justice served by

1

granting such continuance outweigh the best interests of the
defendant and the public.

Dated: March 5, 2012                 Respectfully submitted,

                                     BENJAMIN B. WAGNER
                                     United States Attorney


                                By   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: March 5, 2011                 /s/ Robert Forkner
                                     ROBERT FORKNER
                                     Attorney for Michael Coffee



                              **ORDER**

IT IS SO ORDERED.

Dated: _____March 14, 2012_____  _____
                                     CHIEF UNITED STATES DISTRICT JUDGE