ROBERT L. FORKNER (CSB# 166097)
Law Offices of ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:    (209) 544-0200
Fax:          (209) 544-1860

Attorney for Defendant
MICHAEL COFFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. Cr-09-298-AWI |
| ) | |
| Plaintiffs, ) | STIPULATION AND PROPOSED |
| ) | ORDER TO TERMINATE |
| V. ) | PRE-TRIAL RELEASE |
| ) | |
| MICHAEL COFFEE, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

Defendant, MICHAEL COFFEE, through his attorney ROBERT L. FORKNER, together with the United States of America through its undersigned counsel, KIMBERLY SANCHEZ, Assistant United States Attorney, hereby stipulate and request the following:

    1.   That the defendant Michael Coffee shall be removed from Pre-Trial supervision.

    2.   The Financial Condition 7(j) which reflects the defendant was released on a $100,000.00 property bond, secured by equity in property owned by Georgianna Coffee is to remain in full effect.

    3.   Pre-trial services Officer Dan Stark has been advised and has no objections.

**IT IS SO STIPULATED.**

| | |
|---|---|
| **Dated:  May 15, 2012** | **/s/ Robert L. Forkner**<br>**ROBERT L. FORKNER**<br>**Attorney for Defendant**<br>**MICHAEL COFFEE** |
| **Dated: May 15, 2012** | **BENJAMIN B. WAGNER**<br>**United States Attorney** |
| | **by: /s/ Kimberly Sanchez**<br>**KIMBERLY SANCHEZ**<br>**Assistant U.S. Attorney** |

**ORDER**

IT IS SO ORDERED.

Dated:   May 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2