ROBERT L. FORKNER (SBN#166097)
LAW OFFICES OF ROBERT L. FORKNER
722 Thirteenth Street
Modesto, CA 95354
Telephone:     209-544-0200
Fax:                209-544-1860

Attorney for Defendant
MICHAEL COFFEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:09-CR-00298-AWI-1 |
|---|---|
| Plaintiff, | ) REQUEST FOR RECONVEYANCE ) AND ORDER |
| v. | ) |
| MICHAEL COFFEE, | ) |
| Defendants. | ) |

I, ROBERT L. FORKNER, declare as follows:

1.     Defendant, MICHAEL COFFEE, was sentenced on November 26, 2012.

2.     At the time of sentencing I was the attorney of record for the defendant, MICHAEL COFFEE.

3.     On August 10, 2009, GEORGIANNA COFFEE, recorded an executed Deed of Trust (#2009007809200) for bail purposes in the name of U.S. District Court Clerk for defendant, MICHAEL COFFEE.

4.     On November 26, 2012, defendant, MICHAEL COFFEE, was sentenced to 12 months of probation which he has successfully completed.

5. At this time, Request is hereby made that the property listed in the above-mentioned Deed of Trust be reconveyed to GEORGIANNA COFFEE.

Dated: 3/27/15                                  Respectfully submitted,

                                                   /s/ Robert L. Forkner
                                                  ROBERT L. FORKNER
                                                  Attorney for the Defendant
                                                  MICHAEL COFFEE

**ORDER OF RECONVEYANCE**

UPON GOOD CAUSE APPEARING, it is hereby ordered that the property described in Deed of Trust No. 2009007809200 be reconveyed to GEORGIANNA COFFEE.

IT IS SO ORDERED.

Dated:   March 27, 2015                        _____
                                                  SENIOR DISTRICT JUDGE